

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
07/08/2010

| | | |
|---|---|---|
| IN RE: | § | |
| PEDRO A TREVINO, SAN JUANITA | § | CASE NO: 01-22994 |
| TREVINO | § | |
|     Debtor(s) | § | |
| | § | CHAPTER 13 |

## ORDER DENYING MOTION TO RECONSIDER

On this day came on for consideration the Motion to Reconsider filed by Dilks & Knopik. The Court finds that the Order Denying Application to Pay Unclaimed Funds was filed March 26, 2009. The Motion to Reconsider the Order Denying Application to Pay Unclaimed Funds was filed august 24, 2009. Pursuant to Rule 9024, F.R.Bankr.P., the motion to reconsider was filed more than 14 days after entry of the order and was therefore not timely filed. Accordingly, the Motion to Reconsider should be denied.

It is therefore ORDERED that the Motion to Reconsider is hereby DENIED.

SIGNED 07/08/2010.



Richard S. Schmidt
United States Bankruptcy Judge